# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Lajuanta Simonet Hair, | ) | |
| | ) | Civil Action No. 0:15-cv-03287-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the court upon motion of Plaintiff, through her attorney, John B. Duggan ("Counsel"), for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 22.) Plaintiff's motion and supporting memorandum seek reimbursement for Counsel's representation in the captioned matter in the amount of $3,321.00 in attorney's fees at the rate of $184.50 per hour for 18 hours. (ECF No. 22-1.) Defendant's response to Plaintiff's motion (ECF No. 23) notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein. The court has reviewed the fee petition submitted by Plaintiff's counsel and finds the request for fees reasonable. Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $3,321.00.

      In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 596–98 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)). Therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

January 17, 2017
Columbia, South Carolina

2